PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: BROWN, Hasan                                    Cr.: 03-00793-001
                                                                  PACTS Number: 36964

Name of Sentencing Judicial Officer: The Honorable John C. Lifland, Sr. U.S.D.J.

Date of Original Sentence: 04/11/05

Date of Order Regarding Sentence Reduction: 03/18/09

Original Offense: Conspiracy to Distribute Narcotics (Crack Cocaine)

Original Sentence: 90 months incarceration; 4 years supervised release; $100 special assessment. Special conditions: 1) drug and alcohol testing/treatment; and 2) obtain GED.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 03/23/09

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows.

The defendant shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

Despite numerous referrals, since the commencement of supervision, the offender failed to secure employment or enroll in GED/vocational training courses. In addition, he failed to submit monthly written reports to the Probation Office within the allotted time period.

Respectfully submitted,

By: Joseph Empirio
    U.S. Probation Officer
Date:  07/09/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

7-15th-09
Date