PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: BROWN, Hasan                                    Cr.: 03-00793-001
                                                                  PACTS #: 36964

Name of Sentencing Judicial Officer: The Honorable John C. Lifland, Sr. U.S.D.J.

Date of Original Sentence: 04/11/05

Date of Order Regarding Sentence Reduction: 03/18/09

Original Offense: Conspiracy to Distribute Narcotics (Crack Cocaine)

Original Sentence: 90 months incarceration; 4 years supervised release; $100 special assessment. Special conditions: 1) drug and alcohol testing/treatment; and 2) obtain GED.

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/23/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 5, 2010, during approved out-of-district travel, Brown was issued a summons by New York Police Department charging him with Obstructing Pedestrian Traffic, a local ordinance violation. |

U.S. Probation Officer Action: Probation will present this document to Brown as a formal reprimand issued under the authority of the Court. The acts detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 03/02/10

[ ✔ ] U.S. Probation will present this document to the defendant as a formal written reprimand issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons.
[ ] Other

Signature of Judicial Officer

3/8/10
Date