PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** BROWN, Hasan            **Docket Number:** 03-00793-001
                                                                              **PACTS Number:** 36964

**Name of Sentencing Judicial Officer:** The Honorable John C. Lifland, Sr. U.S.D.J.

**Date of Original Sentence:** 04/11/05

**Date of Order Regarding Sentence Reduction:** 03/18/09

**Original Offense:** Conspiracy to Distribute Narcotics (Crack Cocaine)

**Original Sentence:** 90 months incarceration; 4 years supervised release; $100 special assessment. Special conditions: 1) drug and alcohol testing/treatment; and 2) obtain GED.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 03/23/09

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** Timothy G. Boney, Esq., 315 Market Street, Trenton, New Jersey 08611, (609) 392-6392

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 24, 2010, Brown was arrested by New York Police Department - Precinct 33. He was charged with multiple drug-related offenses and the case is pending disposition within New York Criminal Court. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | On February 24, 2010, the offender traveled to New York, New York without being granted permission by the Probation Office. |

3        The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Brown failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period.

4        The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to submit a monthly written report within the allotted time period for the following months: April 2009 through October 2009, and December 2009 through February 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer
Date: 03/16/10

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant to Act as a Detainer in New York, New York and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3-16-10
Date